UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:03-00205-10 |
| ) | Judge Echols |
| KENNETH LAMONT CRUTCHER, ) | |
| ) | |
| Defendant. ) | |

## ORDER

In accordance with the Memorandum entered contemporaneously herewith, the Court rules as follows:

(1) the Motion Of The United States For Issuance Of A Preliminary Order Of Forfeiture (Docket Entry No. 1018) is hereby DENIED;

(2) the Government's Motion To Amend The Judgment and Conviction To Include Forfeiture In Accordance With Federal Rule Of Criminal Procedure Rule 36 (Docket Entry No. 1023) is hereby DENIED;

(3) Defendant Kenneth Crutcher's Motion To Strike And Request For Sanctions (Docket Entry No. 1028) is hereby DENIED; and

(4) Defendant Kenneth Crutcher's Motion To Strike (Docket Entry No. 1035) is hereby DENIED.

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE